# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: SAN FRANCISCO



FILED

OCT 26 PM 1:14

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 06 0711 SI

### UNITED STATES OF AMERICA

### V.

### CODY DOBBS,

### DEFENDANT.

---

# INDICTMENT

21 U.S.C § 846- Conspiracy to Manufacture and Possess with Intent to
Distribute Marijuana;
21 U.S.C.§ 841 (a)(1)- Manufacture and Possession with Intent to Distribute
Marijuana

---

A true bill.

_Raymond Duf_ _____ Foreman

Filed in open court this _Ninth_ day of
_October, 2006_ .

_Jny Jauuk_ _____ Clerk

_Elyin D Lynald_

Bail, $ _no seal arrest warrant_

AO 257 (Rev. 6/78)

06-711 SI

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

(1), (4) 21 U.S.C. § 846 -- Conspiracy
(2), (3), (5) 1 U.S.C. § 841 -- Manufacturing and Possession with Intent to Distribute Marijuana

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

DEFENDANT - U.S.
05 OCT 26 PM 1:14

CODY DOBBS
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

PENALTY:

(1-3) min. 10 yrs. max. life imprisonment; min. 5 yrs. max. life supervised release; $4,000,000 fine; $100 s.a.
(4-5) min. 5 yrs. max. 40 yrs. imprisonment; min. 4 yrs. max. life supervised release; $2,000,000 fine; $100 s.a.

CR 06 0711

SI

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

KIRSTIN M. AULT

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

KEVIN V. RYAN (CASBN 118321)
United States Attorney

FILED

OCT 26 PM 1:14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## CR 06 0711

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Manufacture and Possess with Intent to Distribute Marijuana; 21 U.S.C. § 841(a)(1) - Manufacture and Possession with Intent to Distribute Marijuana |
| v. | |
| CODY DOBBS, | |
| Defendant. | SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846)

On or about and between January, 2004 and May 12, 2005, in the Northern District of California, and elsewhere, the defendant,

CODY DOBBS,

and others, did knowingly and intentionally conspire to manufacture and possess with intent to distribute a Schedule I controlled substance, to wit: 1,000 or more marijuana plants, in violation of Title 21, United States Code, Section 846.

INDICTMENT

1  COUNT TWO: (21 U.S.C. § 841(a)(1))

2       On or about April 30, 2004, in the Northern District of California, the defendant,

3                           CODY DOBBS,

4  did knowingly and intentionally manufacture and possess with intent to distribute a Schedule I

5  controlled substance, to wit: 1,000 or more marijuana plants, in violation of Title 21, United

6  States Code, Section 841(a)(1).

7

8  COUNT THREE: (21 U.S.C. § 841(a)(1))

9       On or about May 12, 2005, in the Northern District of California, the defendant,

10                          CODY DOBBS,

11  did knowingly and intentionally manufacture and possess with intent to distribute a Schedule I

12  controlled substance, to wit: 1,000 or more marijuana plants, in violation of Title 21, United

13  States Code, Section 841(a)(1).

14

15  COUNT FOUR:  (21 U.S.C. § 846)

16       Beginning at a time unknown to the Grand Jury, but no later than August 2006, and

17  ending on or about September 13, 2006,  in the Northern District of California, and elsewhere,

18  the defendant,

19                          CODY DOBBS,

20  and others, did knowingly and intentionally conspire to manufacture and possess with intent to

21  distribute a Schedule I controlled substance, to wit: 100 or more marijuana plants, in violation of

22  Title 21, United States Code, Section 846.

23

24  COUNT FIVE: (21 U.S.C. § 841(a)(1))

25       On or about September 13, 2006, in the Northern District of California, the defendant,

26                          CODY DOBBS,

27  did knowingly and intentionally manufacture and possess with intent to distribute a Schedule I

28  ///


INDICTMENT

controlled substance, to wit: 100 or more marijuana plants, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: Oct 26, 2004

A TRUE BILL.

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
MARK L. KROTOSKI
Chief, Criminal Division

(Approved as to form: _____ )
AUSA AULT

INDICTMENT