UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CODY DOBBS,<br><br>      Defendant.<br>_____/ | CR 06-711 SI<br><br>[~~PROPOSED~~] ORDER RE-SCHEDULING STATUS HEARING |

Good cause appearing,

IT IS HEREBY ORDERED that the status hearing presently set for December 18, 2006, at 9:30 a.m. in this matter, shall be rescheduled as follows:

___ The status is continued to January 12, 2007, at 9:30 a.m.; or in the alternative,

_x_ The motion to continue will be heard on December 15, 2006, at ~~9:30 a.m.~~ 9:00 a.m.

Dated:

_____
EDWARD M. CHEN, United States Magistrate Judge
United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331