| | |
|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | KIRSTIN M. AULT (CABN 206052)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 271-3059 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00711 SI |
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 17, 2006 TO JANUARY 26, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| CODY DOBBS, | ) | |
| Defendant. | ) | |

On November 17, 2006, the parties appeared before the Honorable Susan Illston for an initial appearance. At that appearance the parties stated that additional time was needed for the United States to produce discovery and for defense counsel to review that discovery. The Court set a status conference for December 15, 2006, and ordered that time should be excluded from the Speedy Trial Act calculation from November 17, 2006, through December 15, 2006, for the effective preparation of defense counsel. On or about December 6, 2006, new defense counsel David Nick was substituted in the case. At the status conference on December 15, 2006, the parties stated that new defense counsel needed additional time to become familiar with the case and to review the discovery that had been provided by the United States as well as obtain additional discovery. The Court set a further status conference for January 26, 2007, and ordered

1. that time should be excluded from the Speedy Trial Act calculation from December 15, 2006, through January 26, 2007, for effective preparation of defense counsel.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 17, 2006, through January 26, 2007.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from November 17, 2006, through January 26, 2007, based upon the need for effective preparation of defense counsel so that defense counsel can become familiar with the case, and obtain and review discovery in this matter.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 17, 2006, through January 26, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from November 17, 2006, through January 26, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 12-20-06

DAVID NICK
Attorney for Defendant

DATED: 12-20-06

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

SUSAN ILLSON
United States District Judge

2