J. DAVID NICK #157687
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
CODY DOBBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CODY DOBBS,<br><br>    Defendant.<br>_____/ | CR 06-711 SI<br><br>STIPULATION AND PROPOSED ORDER<br><u>TO CONTINUE STATUS CONFERENCE</u><br><br>Date: January 26, 2007<br>Time: 11:00 a.m. |

    THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for the date and time indicated above shall be continued to February 2, 2007, at 11:00 a.m.

    THE PARTIES FURTHER AGREE that time should be excluded from Speedy Trial calculations for reasons of continuity of counsel.

    Dated: January 25, 2007

| | |
|---|---|
| /s/ KIRSTIN AULT<br>KIRSTIN AULT<br>Assistant U.S. Attorney | /s/ J. DAVID NICK<br>J. DAVID NICK<br>Attorney for Defendant |

**IT IS SO ORDERED.**

    Dated:

_____
SUSAN ILLSTON, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331