SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 271-3059
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CODY DOBBS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.     CR 06-00711 SI <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 2, 2007 TO APRIL 27, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      On February 2, 2007, the parties appeared before the Honorable Susan Illston for an status conference. At that appearance the parties stated that additional time was needed for the United States to obtain documents that were in the possession of state officers and that had been requested by defense counsel and for defense counsel to review that discovery. Counsel for the defense also represented that he would be unavailable for a portion of the time before the next status conference. The Court set a status conference for March 23, 2007, and ordered that time should be excluded from the Speedy Trial Act calculation from February 2, 2007, through March 23, 2007, for the effective preparation and continuity of defense counsel. On March 23, 2007, a further status conference was held, during which counsel for the defense stated that additional

time was needed to review discovery that had been provided by the United States. The Court set a trial setting conference for April 27, 2007, and ordered that time should be excluded from the Speedy Trial Act calculation from March 23, 2007, through April 27, 2007, for effective preparation of defense counsel. The Court further stated that counsel should be prepared to set a trial date at the April 27, 2007 hearing.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 2, 2007, through April 27, 2007.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from February 2, 2007, through April 27, 2007, based upon the need for effective preparation and continuity of defense counsel so that defense counsel can obtain all of the discovery in this case, review it, and be prepared to advise and defend the defendant in this matter.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 2, 2007, through April 27, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court sets a trial setting

///
///
///
///
///
///
///
///
///

ORDER RE: SPEEDY TRIAL ACT
CR 06-00712 SI                                    2

conference for April 27, 2007, and orders that the period from February 2, 2007, through April 27, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____          _____
                                DAVID NICK
                                Attorney for Defendant

DATED:_____          _____/s/_____
                                KIRSTIN M. AULT
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____          _____
                                SUSAN ILLSON
                                United States District Judge

ORDER RE: SPEEDY TRIAL ACT
CR 06-00712 SI                        3

1 | conference for April 27, 2007, and orders that the period from February 2, 2007, through April
2 | 27, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
3 | (B)(iv).
4 |
5 | STIPULATED:
6 |
7 | DATED: 4/3/07
8 |                               DAVID NICK
                              Attorney for Defendant
9 | DATED: 4/13/07
10 |                               KIRSTIN M. AULT
                              Assistant United States Attorney
11 |
12 |
13 | IT IS SO ORDERED.
14 |
15 | DATED:
16 |                               SUSAN ILLSON
                              United States District Judge

ORDER RE: SPEEDY TRIAL ACT
CR 06-00712 SI                 3