```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney
 5
        450 Golden Gate Ave., Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6940
 7      Facsimile: (415) 436-7234
        E-mail: kirstin.ault@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00711 SI |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 27, 2007, TO |
| v. ) | SEPTEMBER 4, 2007, FROM THE SPEEDY TRIAL ACT CALCULATION |
| CODY DOBBS, ) | (18 U.S.C. § 3161(h)(8)(A)) |
| Defendant. ) | |

On April 27, 2007, the parties appeared before the Honorable Susan Illston for a trial setting conference. At that appearance, the Court set a trial date of September 4, 2007, a pre-trial conference date of August 14, 2007, and a motions hearing date of July 27, 2007. The Court further ordered that time should be excluded from the Speedy Trial Act calculation from April 27, 2007, through September 4, 2007, for effective preparation and continuity of defense counsel.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 27, 2007, through September 4, 2007.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from April 27, 2007, through September 4, 2007, based upon the need for effective preparation and continuity of defense counsel so that defense counsel can interview witnesses and conduct appropriate investigation prior to trial in this case.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 27, 2007, through September 4, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) trial in this matter shall commence on September 4, 2007, before the Honorable Susan Illston; (2) a pre-trial conference shall be held on August 14, 2007, at 3:30 p.m.; (3) a motions hearing shall be held on July 27, 2007, at 11:00 a.m.; (4) the defendant's pre-trial motions are due on July 6, 2007, the United States' oppositions are due on July 13, 2007, and any reply briefs are due on July 20, 2007; and (5) the period from April 27, 2007, through September 4, 2007, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____      _____
                           J. DAVID NICK
                           Attorney for Defendant

DATED:___05/07/07_____    _____/s/_____
                           KIRSTIN M. AULT
                           Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____      _____
                           SUSAN ILLSTON
                           United States District Judge

2

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from April 27, 2007, through September 4, 2007, based upon the need for effective preparation and continuity of defense counsel so that defense counsel can interview witnesses and conduct appropriate investigation prior to trial in this case.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 27, 2007, through September 4, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) trial in this matter shall commence on September 4, 2007, before the Honorable Susan Illston; (2) a pre-trial conference shall be held on August 14, 2007, at 3:30 p.m.; (3) a motions hearing shall be held on July 27, 2007, at 11:00 a.m.; (4) the defendant's pre-trial motions are due on July 6, 2007, the United States' oppositions are due on July 13, 2007, and any reply briefs are due on July 20, 2007; and (5) the period from April 27, 2007, through September 4, 2007, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 5/7/07

J. DAVID NICK
Attorney for Defendant

DATED: 5/7/07

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

SUSAN ILLSON
United States District Judge

2