**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-711 SI |
| Plaintiff, | **ORDER RE: *IN CAMERA* REVIEW OF DOCUMENTS** |
| v. | |
| CODY DOBBS, | |
| Defendant. / | |

On June 22, 2007, the Court held a hearing on Humboldt County Probation Department's motion to quash a subpoena issued by defendant Dobbs. The Court ordered the Department to provide the documents at issue to the Court for *in camera* review. The Court has conducted its review and orders as follows:

**No later than July 10, 2007**, the Humboldt County Probation Department shall provide to defendant all "Case Chronicle" documents (seven pages total). These documents contain information arguably covered by defendant's subpoena,[1] and they may be material to defendant's defense. The remaining documents reviewed by the Court are not responsive to the subpoena and thus the Department need not produce these documents to defendant. (Docket No. 31). The Court's copy of the *in camera* documents shall be marked received and kept under seal.

**IT IS SO ORDERED.**

Dated:   July 2, 2007

SUSAN ILLSTON
United States District Judge

---

[1] Although some of these documents predate the time period covered by the subpoena, the Court finds these earlier documents are related to the Case Chronicles that fall within the subpoena time frame.