United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-711 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| CODY DOBBS, | |
| Defendant. | |

Defendant has filed numerous motions which are scheduled for a hearing on August 3, 2007. Defendant's discovery motions, and defendant's motion to suppress the May 12, 2005 search warrant remain on calendar for August 3, 2007. The Court hereby REFERS defendant's challenge to the September 8, 2006 search warrant to the General Duty Judge, Hon. Maxine M. Chesney, for decision.[1] The parties shall contact Judge Chesney's courtroom deputy regarding further proceedings related to that dispute.

**IT IS SO ORDERED.**

Dated: August 2, 2007

SUSAN ILLSTON
United States District Judge

---

[1] Defendant challenges both search warrants in the same motion. (Docket No. 40). The Court refers only the portion of defendant's motion that challenges the September 8, 2006 search warrant.