**E-Filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CODY DOBBS,<br><br>　　　　Defendant._____/ | No. CR 06-711 SI<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS SEPTEMBER 8, 2006 SEARCH WARRANT** |

On September 5, 2007, the Court heard argument on defendant's motion to suppress the September 8, 2006 search warrant. For the reasons stated on the record, the Court DENIES defendant's motion.

At the hearing, defense counsel stated he intends to file a further challenge to the September 8, 2006 search warrant, based on the manner in which the warrant was executed. Any such motion, if filed, will be resolved by Judge Illston.

**IT IS SO ORDERED.**

Dated:  September 6, 2007

MAXINE M. CHESNEY
United States District Judge