SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. | CR 06-00711 SI |
| ) | | |
| Plaintiff, ) | UNITED STATES' EXPEDITED EX PARTE MOTION TO QUASH DEFENSE SUBPOENAS | |
| ) | | |
| v. ) | | |
| ) | | |
| CODY DOBBS, ) | | |
| ) | | |
| Defendant. ) | | |

**INTRODUCTION**

The United States hereby moves on an expedited ex parte basis to quash five subpoenas served on agents of the Drug Enforcement Administration by defense counsel in this matter on or about Tuesday, September 25, 2007. The subpoenas command the attendance of federal agents in the courtroom of the Honorable Susan Illston at 11:00 a.m. on October 5, 2007. However, there is no hearing set in this matter for that date. Therefore, the United States respectfully requests that the subpoenas be quashed and that the attendance of the agents not be required to appear before the Court for a non-existent hearing.

**BACKGROUND**

Trial is this matter is currently set for November 13, 2007, with a pre-trial conference

date of October 30, 2007. The defendant's pre-trial motions resolved on August 10 and September 5, 2007. However, on or about September 14, 2007, the defendant filed two additional pre-trial motions for a bill of particulars and for a severance of counts in the indictment. Both motions address purported defects in the indictment and do not rely on factual matters within the knowledge of the five agents subpoenaed by the defendant. Without consulting counsel for the United States, defendant noticed the motions for September 28, 2007, a date on which counsel for the United States was unavailable. After conferring with defense counsel and the Court's deputy, counsel for the United States requested that the hearing date be moved to October 12, 2007, the Court's next available hearing date. Counsel for the defendant signed a stipulation agreeing to the continuance of the hearing to this date, and the Court continued the matter to the requested date.

On or about Tuesday, September 25, 2007, counsel for the defendant had five subpoenas served on Special Agents James Sweeney, Beau Bilek, Patrick Kelly, Carlos Alfaro, and Mark Nelson of the Drug Enforcement Administration. Copies of these subpoenas are attached hereto as Exhibit A. The subpoenas command the attendance of the agents at the Courtroom of the Honorable Susan Illston on October 5, 2007, at 11:00 a.m. Counsel for the United States has made repeated attempts to contact counsel for the defense regarding these subpoenas but has received no response.

## **DISCUSSION**

The five subpoenas attached as Exhibit A command DEA special agents to appear at a non-existent hearing on a date when no matters are scheduled in this case and the Court's calendar indicates that the Court is unavailable. Requiring the agents to appear at a locked and dark courtroom as directed in the subpoenas would be "unreasonable" and "oppressive", and the Court should order that the subpoenas be quashed pursuant to Federal Rule of Criminal Procedure 17(c)(2).

The United States requests expedited resolution of this matter so that the agents can be released from any purported obligation to appear before this Court on October 5, 2007.

///

U.S. MOT. QUASH SUBPOENAS
CR 06-00711 SI                                        2

## **CONCLUSION**

For the reasons discussed above, the United States respectfully requests that the Court quash the five subpoenas issued by defense counsel to Special Agents James Sweeney, Beau Bilek, Patrick Kelly, Carlos Alfaro, and Mark Nelson of the Drug Enforcement Administration, commanding their appearance before this Court on October 5, 2007.

DATED: October 1, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/

KIRSTIN M. AULT
Assistant United States Attorney

### [PROPOSED] ORDER

Having found that compliance would be unreasonable and oppressive, the Court hereby ORDERS QUASHED the subpoenas commanding the appearance of Special Agents James Sweeney, Beau Bilek, Patrick Kelly, Carlos Alfaro, and Mark Nelson of the Drug Enforcement Administration before this court at 11:00 a.m., on October 5, 2007, in the matter of *United States v. Dobbs*, CR 06-00711 SI. Special Agents James Sweeney, Beau Bilek, Patrick Kelly, Carlos Alfaro, and Mark Nelson of the Drug Enforcement Administration need not appear before this Court at the specified date and time.

Dated: 10/2/07

_____
HON. SUSAN ILLSTON
United States District Judge