1
2
3
4
5           IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 UNITED STATES OF AMERICA,         No. CR 06-711 SI

9        Plaintiff,      **ORDER DENYING DEFENDANT'S**
**MOTION FOR BILL OF PARTICULARS;**
10   v.            **DENYING DEFENDANT'S MOTION**
**FOR SEVERANCE**
11 CODY DOBBS,

12        Defendant.

13                  /

14      On October 12, 2007, the Court heard argument on defendant's motion for a bill of particulars

15 and defendant's motion for severance. For the reasons stated on the record, the Court DENIES

16 defendant's motions. (Docket Nos. 59, 60).

17

18      **IT IS SO ORDERED.**

19

20 Dated:   October 22, 2007              _____
                                  SUSAN ILLSTON
21                                United States District Judge

22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California