IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-711 SI |
| Plaintiff, | **ORDER RE: *IN CAMERA* REVIEW OF DOCUMENTS** |
| v. | |
| CODY DOBBS, | |
| Defendant. / | |

The Court has conducted an *in camera* review of letters that were provided to the probation officer in connection with the sentencing of Eddie Shields and John Miranda in CR 05-797 MHP, and also pages 10 and 11 (CD02439-CD02440) of the Shields PSR.. The Court finds that the only documents which contain potentially inculpatory information as to Shields and/or Miranda and which must therefore be produced to defendant Dobbs are as follows: CD02439, with paragraphs 42-44 redacted, and CD02440 with paragraph 47 redacted. The balance of the documents submitted for *in camera* review need not be produced to defendant Dobbs; none inclupates either witness and whatever minimal relevance any has is substantially outweighed by the personal and privacy interests of the individuals who submitted the letters or statements in support of these two witnesses. The Clerk shall file the documents under seal.

**IT IS SO ORDERED.**

Dated: November 5, 2007

SUSAN ILLSTON
United States District Judge