1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )        CR 06-00711 SI
                                     )
13          Plaintiff,               )
                                     )
14      v.                           )        ORDER
                                     )
15  CODY DOBBS,                      )
                                     )
16          Defendant.               )
                                     )

17

18      On motion of SCOTT N. SCHOOLS, United States Attorney for the Northern District of

19  California, the Court hereby finds and orders as follows:

20      1.      Tymbre Petrell may be called to testify before at trial in the above-captioned

21  matter; and

22      2.      In the judgment of the United States Attorney, Tymbre Petrell is likely to refuse

23  to testify on the basis of her Fifth Amendment privilege against self-incrimination; and

24      3.      In the judgment of the United States Attorney the testimony and other information

25  to be obtained from Tymbre Petrell is necessary to the public interest; and

26      4.      The motion filed here has been made with approval of the designate of the

27  Assistant Attorney General in charge of the Criminal Division of the Department of Justice,

28  pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

1    IT IS THEREFORE ORDERED that Tymbre Petrell soon as she may be called, shall

2    testify under oath and provide other information including documents in this case and in any

3    further ancillary proceedings;

4    IT IS FURTHER ORDERED that the testimony and other information compelled from

5    Tymbre Petrell pursuant to this order, including personal or business records, the fact of her

6    production of any records, and any information directly or indirectly derived from such

7    testimony may not be used against her in any criminal case, except a prosecution for perjury,

8    false declaration, or otherwise failing to comply with this order.

9            11/15/07

10   DATED:                                          _____

11                                                   SUSAN ILLSTON
                                                     UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: TESTIMONY (UNDER SEAL)