SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CODY DOBBS,<br><br>    Defendant. | No. CR 06-00711 SI<br><br>**STIPULATIONS**<br><br>Trial Date: November 13, 2007<br>Time: 8:30 a.m.<br>Court: Courtroom No. 10<br>Hon. Susan Illston |

    The United States of America, by and through Scott N. Schools, United States Attorney for the Northern District of California, Kirstin M. Ault, Assistant United States Attorney for said District, and Cody Dobbs, by and through his counsel of record J. David Nick, hereby agree and stipulate to the following:

    1.    Marijuana is a Schedule I controlled substance.

    2.    United States' Exhibit 7 consists of sample cuttings of marijuana taken from the two marijuana grow houses found at 4199 Bear Butte Road, Humboldt County, California, on April 30, 2004. The defendant has no objection to the introduction of these exhibits based on chain of custody.

3. United States' Exhibit 7 is marijuana.

4. United States' Exhibits 87 and 88 are sample cuttings of marijuana plants taken from the four marijuana grow houses found at 750 Bear Pen Canyon Road, Piercy, California, on May 12 and 13, 2005. The defendant has no objection to the introduction of these exhibits based on chain of custody.

5. United States' Exhibits 87 and 88 are marijuana.

6. United States' Exhibit 18 consists of sample cuttings of marijuana plants taken from marijuana plants found growing outdoors at 4589 Crooked Prairie Road, Humboldt County, California, on September 13, 2006. The defendant has no objection to the introduction of these exhibits based on chain of custody.

7. United States' Exhibit 18 is marijuana.

8. The defendant does not object to the admission of United States Exhibits 8, 26-35, 41, 55-69, 72-81, 89, 92, and 93, inclusive, on the grounds of hearsay, authenticity or best evidence.

9. The defendant does not object to the admission of United States Exhibits 13-16, 19-24, 36-40, 42-52, inclusive, based on chain of custody.

10. The defendant does not object on hearsay grounds to a single witness testifying as to the number of plants at any particular grow site where that witness' knowledge of the total number of plants at the grow site is based on statements made to him or her by other agents who

// //
// //
// //
// //
// //
// //
// //
// //
// //

1  personally counted the plants and then reported the number of plants counted to the testifying
2  agent or officer.
3   DATED: 11/20/07                             Respectfully Submitted,
4                                               SCOTT N. SCHOOLS
                                                United States Attorney
5
6       /s/                                         /s/
7  J. DAVID NICK                               KIRSTIN M. AULT
   Attorney for Cody Dobbs                     Assistant United States Attorney
8
        /s/
9  
   CODY DOBBS
10
11
12 IT IS SO ORDERED:
13
14 _____
   HON. SUSAN ILLSTON
15 United States District Judge

3