SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00711 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATIONS TO BE SUBMITTED TO THE JURY** |
| CODY DOBBS, | ) | Trial Date: November 13, 2007 |
| | ) | Time: 8:30 a.m. |
| | ) | Court: Courtroom No. 10 |
| Defendant. | ) | Hon. Susan Illston |

    The United States of America, by and through Scott N. Schools, United States Attorney for the Northern District of California, and Kirstin M. Ault, Assistant United States Attorney for said District, and Cody Dobbs, by and through his counsel of record J. David Nick, hereby agree and stipulate to the following:

    1.    Marijuana is a Schedule I controlled substance.

    2.    United States' Exhibit 7 contains sample cuttings of marijuana taken from the two marijuana grow houses found at 4199 Bear Butte Road, Humboldt County, California, on April 30, 2004.

    3.    United States' Exhibit 7 is marijuana.

4. United States' Exhibits 87-88 are sample cuttings of marijuana plants taken from the four marijuana grow houses found at 750 Bear Pen Canyon Road, Piercy, California, on May 12, 2005.

5. United States' Exhibits 87-88 are marijuana.

6. United States' Exhibit 18 consists of sample cuttings of marijuana plants taken from marijuana plants found growing outdoors at 4589 Crooked Prairie Road, Humboldt County, California, on September 13, 2006.

7. United States' Exhibits 18 is marijuana.

DATED: 11/20/07

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/

/s/

_____
J. DAVID NICK
Attorney for Cody Dobbs

_____
KIRSTIN M. AULT
Assistant United States Attorney

/s/

_____
CODY DOBBS

IT IS SO ORDERED:

_____
HON. SUSAN ILLSTON
United States District Judge

2