SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CODY DOBBS,<br><br>    Defendant. | No.   CR 06-00711 SI<br><br>DECLARATION OF KIRSTIN M. AULT |

I, Kirstin M. Ault, make the following declaration under penalty of perjury:

1. I am the Assistant United States Attorney responsible for prosecuting the case of *United States v. Dobbs*, CR 06-00711 SI.

2. Prior to the testimony of Mr. Shields on November 20, 2007, I was unaware of the existence of a tape recording of a conversation between Ron Prose, Special Agent Dan Fagetan of the Federal Bureau of Investigation, and Eddie Shields that occurred on May 23, 2005.

3. To my knowledge, the only copy of the tape recording was in the personal possession of Mr. Prose. Agents of the Drug Enforcement Administration received the micro-cassette of the recording by Federal Express on Friday, November 23, 2007, the day after

Thanksgiving.

4. DEA agents transferred the micro-cassette to compact disc on the morning of Monday, November 26, 2007 and redacted the portions of the conversation that did not pertain to Cody Dobbs.

5. A copy of the redacted compact disc was provided to counsel for the defense upon its completion by 12:00 p.m. on Monday, November 26, 2007.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATE: 11/29/2007 /s/
_____
KIRSTIN M. AULT