SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT  (CABN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6940
Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 06-00711 SI |
| Plaintiff, | ) | |
| v. | ) | **UNITED STATES' SECOND REVISED EXHIBIT LIST** |
| CODY DOBBS, | ) | Trial Date:  November 13, 2007 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Court:  Courtroom No. 10 |
| | ) | Hon. Susan Illston |

The United States hereby submits its Second Revised Exhibit List in the above-captioned

matter.  The United States respectfully reserves its right to amend its Second Revised Exhibit

List upon further review of the evidence and as new evidence is discovered.


DATED: November 12, 2007                    Respectfully Submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney



                                             KIRSTIN M. AULT
                                             Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No.: CR 06-00711 SI          **Trial Date:**  November 13, 2007

*United States of America v. Cody Dobbs*

# EXHIBIT LIST

### (X) Plaintiff                                        ( ) Defendant

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 1 | Overview diagram of grow sites | | | 1/14/07 | |
| 2 | Diagram of 4199 Bear Butte Road | 78 | | 11/15/07 | |
| 2a | Blow up of diagram of 4199 Bear Butte Road | | | 11/15/07 | |
| 3a-3ii | Photographs of grow site at 4199 Bear Butte Road | 1132-1200 | | | |
| 4a-g | Photographs of truck at 4199 Bear Butte Road | 1201-1220 | | | |
| 5a-d | Photographs of residence at 4199 Bear Butte Road | 1160-1170 | | | |
| 6 | Notebook found in truck at 4199 Bear Butte Road | 1037-1052 | | | |
| 7 | Marijuana subsamples taken from Buildings A and B at 4199 Bear Butte Road | | | 11/15/07 | |
| 8 | Certified copy of title to 4199 Bear Butte Road | 2223-2225 | | 11/15/07 | |

11/12/07                                        1

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---------|-------------|-------------|-----------|----------|-------------|
| | | | Introduced | Received | |
| 9a-nn | Photographs of grow houses at 750 Bear Pen Canyon Road | 337-338 | | | |
| 10a-e | Photographs of defendant's truck at 750 Bear Pen Canyon Road | 336 | | | |
| 11 | Diagram of grow site at 750 Bear Pen Canyon Road | 168 | | 11/14/07 | |
| 11a | Blow up of diagram of growsite at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 12a | Diagram of grow room #1 at 750 Bear Pen Canyon Road | 169 | | 11/21 | |
| 12b | Diagram of grow room #2 at 750 Bear Pen Canyon Road | 170 | | 11/21 | |
| 12c | Diagram of grow room #3 at 750 Bear Pen Canyon Road | 171 | | 11/21 | |
| 12d | Diagram of grow room #4 at 750 Bear Pen Canyon Road | 172 | | 11/21 | |
| 13 | Documents seized from defendant's 2004 GMC pick-up truck | 2800-2881 | | 11/15/07 | |
| 13a | Documents regarding purchase of 3541 Osprey Terrace | 2800-2881 | | 11/15 | |
| 13b | Plans for house at 3541 Osprey Terrace | | | 11/15 | |
| 14 | Documents seized from passenger's side floorboard of defendant's 2004 GMC pick-up truck | 1001-1014; 2791-2799 | | NOV 1 5 2007 | |
| 14a | Full Reconveyance for APN 206-141-020 | 1002 | | NOV 1 5 2007 | |

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 14b | Umpqua Bank statement dated 3/9/05 | 1005-1012 | | NOV 1 6 2007 | |
| 14c | Duplicate of check #1011 | 1013 | | NOV 1 6 2007 | |
| 14d ITEMS | Insurance Identification Card seized from defendant's truck on 5/12/05 | 1014 | | NOV 1 6 2007 | |
| 14e | Appraisal documents for property on Cummings Creek Rd. | 2791-2799 | | NOV 1 6 2007 | |
| 14f | DMV renewal for 2003 Ford truck | | | NOV 1 6 2007 | |
| 15 | Documents seized from center console of defendant's 2004 GMC pick-up truck | 1015-1035 | | NOV 1 6 2007 | |
| 15a | Umpqua Bank statement dated 2/9/05 | 1017-1021 | | NOV 1 6 2007 | |
| 15b | Brown's Towing receipt | 1024 | | NOV 1 6 2007 | |
| 15c | Wells Fargo account statement dated 11/25/04 | 1026-1027 | | NOV 1 6 2007 | |
| 15d | Do It Best receipt dated 1/5/05 | 1025 | | NOV 1 6 2007 | |
| 15e | Do It Best receipt dated 12/2/04 | 1028 | | NOV 1 6 2007 | |
| 15f | Umpqua Bank statement dated 10/8/04 | 1029-1030 | | NOV 1 6 2007 | |
| 15g | Umpqua Bank statement dated 11/5/04 | 1031-1033 | | NOV 1 6 2007 | |
| 15h | Unsecured Straight Note | 1034 | | NOV 1 6 2007 | |
| 15i | Insurance identification cards 12/23/04 - 6/23/05 | 2790 | | NOV 1 6 2007 | |

(10 Items)

11/12/07

3

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 16 | Documents found at 3541 Osprey Terrace | 1059-1131 | | NOV 2 6 2007 | |
| 16a | Lease for 4199 Bear Butte Road signed by defendant | 1113-1115 | | NOV 2 6 2007 | |
| 16b | Unsigned lease for 4199 Bear Butte Road | 1070 | | NOV 2 6 2007 | |
| 16c | Grant Deed dated 7/3/04 for 4589 Crooked Prairie Road | 1066-1068 | | NOV 2 6 2007 | |
| 16d | Property tax bill for 4589 Crooked Prairie Road dated 11/12/04 | 1109 | | NOV 2 6 2007 | |
| 16e | United Rentals receipt dated 10/23/04 | 1059 | | NOV 2 6 2007 | |
| 16f | Bill of Sale for 2003 Ford truck | 1069 | | NOV 2 6 2007 | |
| 16g | Humboldt Bank statement dated 6/10/04 | 1094-1096 | | NOV 2 6 2007 | |
| 16h | Umpqua Bank statement dated 12/8/04 | 1100-1103 | | NOV 2 6 2007 | |
| 16i | Umpqua Bank statement dated 1/12/05 | 1060-1065 | | NOV 2 6 2007 | |
| 16j | Wells Fargo Bank statement dated 5/25/04 | 1097-1098 | | NOV 2 6 2007 | |
| 16k | 2002 Federal Individual Tax Return | 1076-1082 | | NOV 2 6 2007 | |
| 16l | 2002 Part-Year Resident Personal Income Tax Return (Arizona) | 1083-1085 | | NOV 2 6 2007 | |
| 16m | 2002 California Tax Form 5805 | 1086-1093 | | NOV 2 6 2007 | |

11/12/07                    4

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 16n | Bills of Sale for purchase of ATVs | 1130-1131 | | NOV 2 6 2007 | |
| 16o | Contract signed by Jordan Pyhtila | 1116 | | NOV 2 6 2007 | |
| 16p | Bill from J&J Earthmoving | 1108 | | NOV 2 6 2007 | |
| 16q | Receipts for postal money orders | 1106-1107 | | NOV 2 6 2007 | |
| 17a-ggg | Photographs of 4589 Crooked Prairie Road | 1286 | | | |
| 18 | Subsamples taken from plants at 4589 Crooked Prairie Road | | | 11/21/07 | |
| 19 | Marijuana "shake" found at 4589 Crooked Prairie Road | | | 11/21/07 | |
| 20 | Documents found in marijuana drying room at 4589 Crooked Prairie Road | 444-574 | | NOV 2 6 2007 | |
| 20a | 2003 Federal Income Tax Return | 456-462 | | NOV 2 0 2007 | |
| 20b | 2004 Federal and California Income Tax Returns | 494-526 | | NOV 2 6 2007 | |
| 20c | unused | | ~~—~~ | | |
| 20d | Umpqua Bank statement dated 8/10/04 | 474-475 | | NOV 2 6 2007 | |
| 20e | Umpqua Bank statement dated 11/5/04 | 468 | | NOV 2 6 2007 | |
| 20f | Umpqua Bank statement dated 3/9/05 | 469-471 | | NOV 2 6 2007 | |
| 20g | Umpqua Bank statement dated 4/13/05 | 467 | | NOV 2 6 2007 | |

| Ex. No. | Description | Bate Number | Date Introduced | Received | Limitations |
|---------|-------------|-------------|-----------------|----------|-------------|
| 20h | Umpqua Bank statement dated 5/11/05 | 472-473 | | NOV 2 0 2007 | |
| 20i | Handwritten notes | 445-452 | | NOV 2 0 2007 | |
| 20j | Western Union receipt dated 1/4/06 | 545 | | NOV 2 0 2007 | |
| 20k | Records re: debt owed to Excalibur and Luxor casinos | 552-574 | | withdrawn | |
| 20l | Lease for 820 Cummings Creek Rd. | 546-551 | | NOV 2 0 2007 | |
| 20m | Grant Deed for APN 215-291-006 | 453-455 | | NOV 2 0 2007 | |
| 21 | Documents found in kitchen at 4589 Crooked Prairie Road | 407-443 | | 11/20 | |
| 21a | Bills addressed to defendant | 435, 437 | | NOV 2 0 2007 | |
| 21b | Unsigned Arizona property transfer documents | 416, 419-425 | | NOV 2 0 2007 | |
| 21c | Mortgage documents | 410, 428 | | NOV 2 0 2007 | |
| 21d | Signed lease for 4199 Bear Butte Rd. | 411-413 | | NOV 2 0 2007 | |
| 21e | Unsigned lease for 4199 Bear Butte Rd. | 426-427 | | NOV 2 0 2007 | |
| 21f | Social Security Card for "Cody Kyle Dobbs" | 439 | | NOV 2 0 2007 | |
| 21g | WestAmerica Bank statement dated 11/18/05 | 429 | | NOV 2 0 2007 | |
| 21h | Enrollment Notification for North Valley Bank account | 433-434 | | NOV 2 0 2007 | |
| 21i | North Valley Bank statement dated 5/19/06 | 430-432 | | NOV 2 0 2007 | |

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 21j | North Valley Bank statement dated 6/20/06 | 440-443 | | N· ᴢ ᴏ 2006 | |
| 21k | North Valley Bank notice of account overdrawn dated 7/25/06 | 438 | | N · ᴢ ᴏ 2007 | |
| 22 | Documents seized from J. Sutherland's purse at 4589 Crooked Prairie Road | 393-406 | | 11/20 | |
| 22a | Lease agreement for 4591 Crooked Prairie Road | 397 | | 11/20 | |
| 23 | Documents found in bedroom at 4589 Crooked Prairie Road | 386-392 | | NOV 2 0 2007 | |
| 23a | Identification cards | 387-388 | | ᴺ · ᴢ ᴏ 2007 | |
| 23b | Receipts | 387-388 | | ᴺ · ᴢ ᴏ 2007 | |
| 23c | Direct TV lease | 389-390 | | ᴺ · ᴢ ᴏ 2007 | |
| 23d | Keys to Hummer | | | ᴺ · ᴢ ᴏ 2007 | |
| 24 | Documents found in GMC truck at 4589 Crooked Prairie Road | 339-385 | | 11/24/07 | |
| 24a | J. Sutherland check | 340 | | | |
| 24b | Letter addressed to C. Dobbs from Sonoma County Adult Detention System | 344 | | | |
| 24c | Loan documents for $160,000 from Timothy and Heather Ross | 373-385 | | | |
| 24d | Title Report for 4589 Crooked Prairie Road dated 1/16/06 | 345-352 | | | |
| 24e | Documents regarding title to 4589 Crooked Prairie Road | 341-343, 353-371 | | | |

*(handwritten margin notes: "Extra Item", "Withdrawn 12/3 →")*

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 25 | Declaration of Custodian of Records for Defendant's Umpqua Bank account | 760-761 | | | |
| 26a | Signature card for Umpqua Bank account number 08-098433 | 762 | | 11/26/07 | |
| 26b | Change of address card for Umpqua Bank account number 08-098433 dated 6/15/04 | 763 | | 11/26/07 | |
| 26c | Opening deposit for Umpqua Bank account number 08-098433 | 854 | Per → | 11/26/07 | |
| 27 | Umpqua Bank statements for account number 08-098433 5/2/02 through 5/19/05 | 764-853 | | 11/26/07 | |
| 28 | Umpqua Bank records of deposits into account number 08-098433 5/2/02 through 5/19/05 | 859-971 | | 11/26/07 | |
| 29 | Umpqua Bank records of checks written from account number 08-098433 5/2/02 through 5/19/05 | 677-759 | | 11/26/07 | |
| 30 | Umpqua Bank records of wire transfers involving account number 08-098433 from 5/2/02 through 5/19/05 | 855-858 | | 11/26/07 | |
| 31 | Kay Jewelers Account information | 604-621 | | 11/26/07 | |
| 32 | Lows Furniture account information | 623-627 | | 11/26/07 | |
| 33 | Blue Lake Casino records | 629-631 | | | |

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 34 | Trinidad Rancheria Casino records | 633-634 | | | |
| 35 | Records of ATV purchases | 659-670 | | | |
| 36a | Pants and socks worn by defendant on 5/12/05 at 750 Bear Pen Canyon Rd. | | | 11/14/07 | |
| 36b | T-shirt worn by defendant on 5/12/05 at 750 Bear Pen Canyon Rd. | | | 11/14/07 | |
| 36c | Shoes worn by defendant on 5/12/05 at 750 Bear Pen Canyon Rd. | | | 11/14/07 | |
| 37 | 3 boxes turkey-sized oven bags | | | 11/14/07 | |
| 38 | triple beam scale | | | 11/14/07 | DO NOT touch scale |
| 39 | rolling papers | | | 11/14/07 | |
| 40 | 1000 watt high-pressure sodium lightbulb taken from 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 41 | Registration for 1994 Ford pick up truck with CA license 7E41933 | 113 | | | |
| 42 | Loan documents for Whitethorn property dated 7/6/04 | 1312-1315 | NOV 2 0 2007 | NOV 2 0 2007 | |
| 43 | Tax documents for Whitethorn property dated 7/14/04 | 1316-1318 | NOV 2 0 2007 | | |
| 44 | Seller's Escrow Instructions for Whitethorn property | 1319 | NOV 2 0 2007 | | |
| 45 | Humboldt Bank Statements for 2004 | 1321-1339 | NOV 2 0 2007 | | |

11/12/07

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 46 | Do It Best receipt | 1369 | | NOV 2 0 2007 | |
| 47 | Property tax bills | 1371-1387 | | NOV 2 0 2007 | |
| 47a | property tax bills for 1170 Cummings Creek Road | 1374, 1378 | | NOV 2 0 2007 | |
| 47b | property tax bill for 3541 Osprey Terrace | 1376 | | NOV 2 0 2007 | |
| 47c | property tax bills for 3580 Osprey Terrace | 1377, 1384-87 | | NOV 2 0 2007 | |
| 48 | Kawasaki vehicle registrations | 1391-1393 | | NOV 2 0 2007 | |
| 49 | Lease for 3580 Osprey Terrace | 1422-1427 | | NOV 2 0 2007 | |
| 50 | J&J Earthmoving receipt | 1441 | | | |
| 51 | Umpqua bank account records | 1442-1446 | | | |
| 52 | Loan documents for Osprey Terrace | 1447-1454 | | | |
| 53 | Order of Probation in Case Number CR0607818 | 1465-1470 | | | |
| 54a | Overview Diagram of 4589 Crooked Prairie Road 4/20/05 | 1529 | | NOV 1 5 2007 | |
| 54b | Diagram of house at 4589 Crooked Prairie Road 4/20/05 | 1530 | | NOV 1 5 2007 | |
| 54c | Diagram of garage at 4589 Crooked Prairie Road 4/20/05 | 1531 | | NOV 1 5 2007 | |
| 54d | Diagram of grow rooms at 4589 Crooked Prairie Road 4/20/05 | 1532 | | NOV 1 5 2007 | |

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 55 | Documents regarding purchase of ATVs | 1539-1545 | | | |
| 56 | Registration documents for 2004 GMC truck 9/30/04-9/30/05 | 1546-1550 | | 11/15/07 | |
| 57 | Registration documents for 2004 Toyota 8/31/04-8/31/05 | 1551-1556 | | 11/26/07 | |
| 58 | Registration documents for 2005 Hummer 7/31/04-7/31/05 | 1557-1562 | | 11/26/07 | |
| 59 | Registration and transfer documents for 2003 Ford | | | 11/26/07 | |
| 60 | Registration documents for 2004 Ford pick-up truck 1/31/04-1/31/05 | 1576-1579 | | 11/26/07 | |
| 60a | Registration documents for 2003 Ford Mustang VIN ending 1418 | 1563-1572 | | 11/26/07 | |
| 60b | Registration documents for 2003 Ford Mustang VIN ending 2467 | 1585-1613 | | 11/26/07 | |
| 61 | Signature cards for North Valley Bank account | 1614-1615 | ✓ | NOV 2 7 2007 | |
| 62 | Statements for North Valley Bank account | 1616-1694 | | NOV 2 7 2007 | |
| 63 | Signature card for Community Credit Union account | 1695 | | NOV 2 7 2007 | |
| 64 | Statements for Community Credit Union account | 1696-1724 | | NOV 2 7 2007 | |
| 65 | Signature card for Community Credit Union account | 1725 | | NOV 2 7 2007 | |

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 66 | Statements for Community Credit Union account | 1726-1739 | ′ | 11/27 | |
| 67 | USPS money orders | 1741-1910 | | | |
| 67A | 11/27/07 | | | | |
| 68 | Wells Fargo Bank records | 1912-2153 | | 11/27 | |
| A & | B | | | | |
| 69 | Loan documents for 2005 Hummer | 2155-2195 | | 11/27 | |
| 70a-u | Photographs of 3541 Osprey Terrace | 2196 | | | |
| 71a-b | Photographs of 3580 Osprey Terrace | 2196 | | | |
| 72 | Ownership documents for 750 Bear Pen Canyon Rd. | 2198-2207 | | 11/27/07 | |
| 73 | Grant Deed for Whitethorn property | 2208-2209 | | 11/28/07 | |
| 74 | Grant Deed transferring property to Wade Trabue | 2216-2217 | | 11/28/07 | |
| 75 | Notice of Trustee's Sale | 2220 | | NOV 2 7 2007 | |
| 76 | Notice of Trustee's Sale | 2221-2222 | | NOV 2 7 2007 | |
| 77 | Duplicate | | | | |
| 78 | Grant Deed for parcel number 221-181-028 | 2226-2228 | | NOV 2 7 2007 | |
| 79 | Deed of trust for parcel number 221-181-028 | 2229-2235 | | NOV 2 7 2007 | |
| 80 | Grant Deed for parcel number 221-181-028 | 2236-2239 | | 11/26/07 | |
| 81 | Grant Deed for parcel number 221-181-028 | 2240-2242 | | 11/26/07 | |

(2 docs)

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---|---|---|---|---|---|
| | | | Introduced | Received | |
| 82 | Certified copy of conviction for Penal Code 374.8(B) | 2281-2282 | | | |
| 83a-t | Photographs taken at 1170 Cummings Creek Rd. on 11/17/2005 | 2280 | | | |
| 84a-f | Photographs taken of diesel spill at 750 Bear Pen Canyon Road | 2521 | | | |
| 85 | Summary of postal money orders | 2291-2295 | | | |
| 86 | Diagram of 4589 Crooked Prairie Road | 2789 | | 11/20/0 | |
| 86a | Blow up of diagram of 4589 Crooked Prairie Road | | | 11/20/07 | |
| 87 | Subsamples of marijuana taken from buildings 1-3 at 750 Bear Pen Canyon Road on May 12, 2005 | | | 11/14/07 | |
| 88 | Subsamples of marijuana taken from building 4 at 750 Bear Pen Canyon Road on May 13, 2005 | | | 11/14/07 | |
| 89 | Records of Geri Stanton's North Valley Bank Account | 2522-2700 | | | |
| 90 | Records regarding purchase of Kubota tractor | 2779-2781 | | 11/27/07 | |
| 91 | Records regarding transfer of 4589 Crooked Prairie Road | 2701-2711 | | 11/27/07 | |
| 92 | Carrington loan documents | 2712-2720 | | 11/27/07 | |
| 93 | Ford Motor Credit documents | 2721-2775 | | | |

89 A
Deposit
slips
n 11/15/07

93A    11/27/07
93B    11/27/07
11/12/07                    13

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 94 | Photoboard for 4199 Bear Butte Road | | | | |
| 95 | Photoboard for 750 Bear Pen Canyon Road | | | | |
| 96 | Photoboard for 3589 Crooked Prairie Road | | | | |
| 97 | Stipulation | | | 11/25/07 | |
| 98 | | | | 11/27/07 | |
| 99 | | | | 11/27/07 | |
| 100 | | | | 11/27/07 | |
| 101 | | | | 11/27/07 | |
| 102 | Kecase / Higgins | | | 11/26/07 | |
| 103 | Dees - | | | | |
| 104 | | | | 11/27/07 | |
| 105 | | | | 11/27/07 | |
| 106 | | | | 11/26/07 | |
| 107 | Copy of Money Order | | | 11/26/07 | |
| 108 | Deposit Slip | | | 11/26/07 | |
| 109 | Bank Statement | | | 11/27/07 | |
| 110 | | | | 11/27/07 | |
| 111 | Money Order | | | 11/27/07 | |
| 112 | | | | | |
| 113 | | | | | |
| 114 | | | | 11/27/07 | |

## PHOTOGRAPHS

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---|---|---|---|---|---|
| | | | Introduced | Received | |
| 3a | Grow site at 4199 Bear Butte Road | | | 11/15/07 | |
| 3b | Grow site at 4199 Bear Butte Road | | | 11/15 | |
| 3c | Grow site at 4199 Bear Butte Road ear Butte Rd. | | | NOV 1 5 2007. | |
| 3d | Grow site at 4199 Bear Butte Road | | | 11/15 | |
| 3e | Grow site at 4199 Bear Butte Road | | | 11/15 | |
| 3f | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3g | Grow site at 4199 Bear Butte Road | | | 11/15 | |
| 3h | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3i | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3j | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3k | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3l | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3m | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3n | Grow site at 4199 Bear Butte Road 199 Bear Butte Rd. | | | NOV 1 5 2007 | |

11/12/07                                          15

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 3o | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3p | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3q | Grow site at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 3r | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3s | Grow site at 4199 Bear Butte Road Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3t | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3u | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3v | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3w | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3x | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3y | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3z | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | NOV 1 5 2007 | |
| 3aa | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | 1 5 2007 | |
| 3bb | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | 1 5 2007 | |
| 3cc | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | 11/15/07 | |

11/12/07

16

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 3dd | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | 1 5 2007 | |
| 3ee | Grow site at 4199 Bear Butte Road 4199 Bear Butte Rd. | | | 1 5 2007 | |
| 3ff | Grow site at 4199 Bear Butte Road | | | 1 5 2007 | |
| 3gg | Grow site at 4199 Bear Butte Road | | | 1 5 2007 | |
| 3hh | Grow site at 4199 Bear Butte Road | | | 1 5 2007 | |
| 3ii | Grow site at 4199 Bear Butte Road | | | 1 5 2007 | |
| 4a | Truck at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 4b | Truck at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 4c | Truck at 4199 Bear Butte Road | | | NOV 1 5 2007 | |
| 5a | Residence at 4199 Bear Butte Road | | | 11/15 | |
| 5b | Residence at 4199 Bear Butte Road | | | | |
| 5c | Residence at 4199 Bear Butte Road | | | | |
| 5d | Residence at 4199 Bear Butte Road | | | | |
| 9a | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9b | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9c | Grow houses at 750 Bear Pen Canyon Road | | 11 | 11/14/07 | |

11/12/07                                    17

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---|---|---|---|---|---|
| | | | Introduced | Received | |
| 9d | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9e | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9f | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9g | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9h | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9i | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9j | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9k | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9l | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9m | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9n | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9o | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9p | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9q | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9r | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |

11/12/07

18

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---------|-------------|-------------|-----------|----------|-------------|
| | | | Introduced | Received | |
| 9s | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9t | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9u | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9v | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9w | Grow houses at 750 Bear Pen Canyon Road | | | NOV 1 4 2007 | |
| 9x | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9y | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9z | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9aa | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9bb | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9cc | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9dd | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9ee | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9ff | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 9gg | Grow houses at 750 Bear Pen Canyon Road | | | 11/14/07 | |

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---------|-------------|-------------|------|--|-------------|
| | | | Introduced | Received | |
| 9hh | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9ii | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9jj | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9kk | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9ll | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9mm | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 9nn | Grow houses at 750 Bear Pen Canyon Road | | | 11/14 | |
| 10a | Defendant's truck at 750 Bear Pen Canyon Road | | | 11/14 | |
| 10b | Defendant's truck at 750 Bear Pen Canyon Road | | | NOV 1 5 2007 | |
| 10c | Defendant's truck at 750 Bear Pen Canyon Road | | | NOV 1 5 2007 | |
| 10d | Defendant's truck at 750 Bear Pen Canyon Road | | | | |
| 10e | Defendant's truck at 750 Bear Pen Canyon Road | | | NOV 1 5 2007 | |
| 17a | 4589 Crooked Prairie Road | | | 11 ℋ | |
| 17b | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17c | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17d | 4589 Crooked Prairie Road | | | 2 | |
| 17e | 4589 Crooked Prairie Road | | | | |

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---------|-------------|-------------|------------|----------|-------------|
| | | | Introduced | Received | |
| 17f | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17g | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17h | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17i | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17j | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17k | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17l | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17m | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17n | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17o | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17p | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17q | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17r | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17s | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17t | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17u | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17v | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17w | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17x | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17y | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17z | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17aa | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17bb | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17cc | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 17dd | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17ee | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17ff | 4589 Crooked Prairie Road | | | | |
| 17gg | 4589 Crooked Prairie Road | | | | |
| 17hh | 4589 Crooked Prairie Road | | | | |
| 17ii | 4589 Crooked Prairie Road | | | | |
| 17jj | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17kk | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17ll | 4589 Crooked Prairie Road | | | | |
| 17mm | 4589 Crooked Prairie Road | | | | |
| 17nn | 4589 Crooked Prairie Road | | | | |
| 17oo | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17pp | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17qq | 4589 Crooked Prairie Road | | | | |
| 17rr | 4589 Crooked Prairie Road | | | | |
| 17ss | 4589 Crooked Prairie Road | | | | |
| 17tt | 4589 Crooked Prairie Road | | | | |
| 17uu | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17vv | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17ww | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17xx | 4589 Crooked Prairie Road | | | | |
| 17yy | 4589 Crooked Prairie Road | | | | |
| 17zz | 4589 Crooked Prairie Road | | | | |
| 17aaa | 4589 Crooked Prairie Road | | | | |

| Ex. No. | Description | Bate Number | Date | | Limitations |
|---------|-------------|-------------|------|------|-------------|
| | | | Introduced | Received | |
| 17bbb | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17ccc | 4589 Crooked Prairie Road | | | NOV 2 0 2007 | |
| 17ddd | 4589 Crooked Prairie Road | | | NOV 2 0 | |
| 17eee | 4589 Crooked Prairie Road | | | NOV 2 0 | |
| 17fff | 4589 Crooked Prairie Road | | | NOV 2 0 | |
| 17ggg | 4589 Crooked Prairie Road | | | 11/20 | |
| 70a | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70b | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70c | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70d | 3541 Osprey Terrace | | | 2 6 2007 | |
| 70e | 3541 Osprey Terrace | | | 2 6 2007 | |
| 70f | 3541 Osprey Terrace | | | 2 6 2007 | |
| 70g | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70h | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70i | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70j | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70k | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70l | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70m | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70n | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70o | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70p | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70q | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70r | 3541 Osprey Terrace | | | NOV 2 6 2007 | |

11/12/07

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---|---|---|---|---|---|
| 70s | 3541 Osprey Terrace | | | NOV 2 6 2007 | |
| 70t | 3541 Osprey Terrace | | | NOV 2 8 2007 | |
| 70u | 3541 Osprey Terrace | | | NOV 2 3 2007 | |
| 71a | 3580 Osprey Terrace | | | | |
| 71b | 3580 Osprey Terrace | | | | |
| 83a | 1170 Cummings Creek Rd. | | | NOV 2 6 2007 | |
| 83b | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83c | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83d | 1170 Cummings Creek Rd. | | | NOV 2 6 2007 | |
| 83e | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83f | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83g | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83h | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83i | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83j | 1170 Cummings Creek Rd. | | | NOV 2 6 2007 | |
| 83k | 1170 Cummings Creek Rd. | | | NOV 2 6 2007 | |
| 83l | 1170 Cummings Creek Rd. | | | 11/21/07 | |
| 83m | 1170 Cummings Creek Rd. | | | 11/21/07 | |
| 83n | 1170 Cummings Creek Rd. | | | 11/21/07 | |
| 83o | 1170 Cummings Creek Rd. | | | 11/21/07 | |
| 83p | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83q | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |
| 83r | 1170 Cummings Creek Rd. | | | 11/19 | |
| 83s | 1170 Cummings Creek Rd. | | | NOV 2 8 2007 | |

11/12/07                                    24

| Ex. No. | Description | Bate Number | Date Introduced | Date Received | Limitations |
|---------|-------------|-------------|-----------------|---------------|-------------|
| 83t | 1170 Cummings Creek Rd. | | | 11/15/07 | |
| 84a | Diesel spill at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 84b | Diesel spill at 750 Bear Pen Canyon Road | | | | |
| 84c | Diesel spill at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 84d | Diesel spill at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 84e | Diesel spill at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| 84f | Diesel spill at 750 Bear Pen Canyon Road | | | 11/14/07 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |