J. DAVID NICK, (CAL SBN 157687)
99 OSGOOD PLACE
San Francisco, CA  94133
Telephone: (415) 552-4444
Attorney for Defendant
CODY KYLE DOBBS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 06-00711 SI |
| ) | |
| Plaintiff, ) | MOTION TO CONTINUE SENTENCING |
| ) | DATE FROM FEBRUARY 29, 2008 TO |
| v. ) | April 11, 2008 |
| ) | Courtroom: 10 |
| CODY KYLE DOBBS ) | HEARING DATE: MATTER SUBMITTED |
| ) | ON PAPERS |
| Defendant ) | |

TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

　　PLEASE TAKE NOTICE that Defendant CODY DOBBS, by and through counsel, will and hereby does move this court, FOR AN ORDER CONTINUING THE DATE OF SENTENCING FROM FEBRUARY 29, 2008 TO APRIL 11, 2008. This motion is based on the following declaration of counsel.

**DECLARATION OF J. DAVID NICK**

　　I, J. DAVID NICK, DECLARE under penalty of perjury:

1. I HAVE SPOKEN TO ALL PARTIES IN THIS MATTER (THE AUSA KIRSTEN AULT AND PROBATION OFFICER JACQUELINE SHARPE) and neither party oppose this continuance request.

2. Due to scheduling conflicts counsel was unable to arrange his presence for the probation officer's interview of Mr. Dobbs. Counsel was available on 1-17-08 for the probation officer's interview of the defendant; however, counsel was unavailable until the afternoon when the jail at North Oakland does not

1

permit any visiting. Counsel and Ms. Sharpe agreed to select another date in the future for the defendant's interview.

3. Defendant has not been provided the pre-sentence investigation information packet yet and defendant must complete said packet prior to an interview so that the probation officer may have a meaningful and informed interaction with the defendant. Counsel will deliver said packet to defendant next week.

4. The issues presented at defendant's sentencing are complex and counsel needs time to investigate certain issues regarding criminal history points, consecutive sentencing, *Apprendi* issues and safety valve eligibility. The outcome of these legal issues could have a substantial impact on the outcome of defendant's sentencing.

5. Counsel needs the time requested in order complete all these tasks herein listed and in order to afford the defendant effective representation at his sentencing hearing.

The foregoing declaration is made under penalty of perjury.

Executed this 18th day of January 2008 at San Francisco.

__/S/_J. David Nick_____
J. David Nick
Attorney for Defendant
CODY KYLE DOBBS



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA