**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CODY DOBBS,<br><br>        Defendant.                 / | No. CR 06-0711 SI<br><br>**ORDER REFERRING REQUEST FOR FUNDS** |

Defendant has filed an ex parte application for authorization of funds. The application is referred to a Magistrate Judge for determination fo eligibility for ancillary services under the Criminal Justice Act.

**IT IS SO ORDERED.**

Dated: April 28, 2008

                                                         *Susan Illston*
SUSAN ILLSTON
United States District Judge