IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

CODY DOBBS,

        Defendant.
                                     /

No. CR 06-0711 SI

**ORDER DENYING FURTHER CONTINUANCE OF SENTENCING HEARING**

Defendant was convicted by verdict returned on December 5, 2007. At that time, sentencing was set for February 29, 2008. On January 22, 2008, defendant requested and received a continuance of the sentencing date to April 11, 2008, based on the complexity of the issues involved and the need to investigate them. On March 31, 2008, defendant requested and received a second continuance of the sentencing hearing to May 16, 2008, citing the same factors. Now, on May 13, 2008, the Court has received defendant's third request for a continuance, this time to May 30, 2008, citing the same factors.

Defendant has not shown good cause for yet another continuance of the sentencing date. The current motion to continue sentencing is DENIED.

**IT IS SO ORDERED.**

Dated: May 13, 2008

                                                  SUSAN ILLSTON
                                                  United States District Judge