AMENDED

## CRIMINAL TRIAL MINUTES
## NORTHERN DISTRICT OF CALIFORNIA

Date: **12/3/07**

**The Honorable SUSAN ILLSTON**

Kathy Wyatt

**Clerk:** TRACY SUTTON            **Court Reporter:** ~~DEBRA PAS~~

Case No. **CR-06-0711 SI**    Case Name: **UNITED STATES v. CODY DOBBS**

Voir Dire Began 11/13/07    Trial Began 11/13/07

Further Trial 12/4/07    Trial Ended

**Trial Motions Heard**:                                              **Disposition**

1.
2.
3.

**Trial Witnesses/Other:**

Court provided final jury instructions.
Counsel provided closing statements.

**Verdict:**

**Sentencing Date:**

**Disposition of Exhibits**: